IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Travis Mandell Kemp, | C/A No 1:12-1481-JFA-SVH |
| Plaintiff, | ORDER |
| vs. | |
| Doctor Paul C. Drago, et al., | |
| Defendants. | |

The plaintiff has filed a motion requesting an extension of time (ECF No. 69) to file objections to the Magistrate Judge's Report and Recommendation. For good cause shown, the plaintiff's motion is granted and the deadline is hereby extended to August 26, 2013. Any objections filed by the plaintiff must be filed with this court *on or before* such date. No further extensions will be granted.

IT IS SO ORDERED.

August 12, 2013                               Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge